UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KISHA NORMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF JUVENILE JUSTICE SERVICES and PATRICK SCHREIBER,<br><br>　　　　Defendants. | Case No. 2:14-CV-01622-APG-GWF<br><br>**ORDER**<br><br>(Dkt. #11) |

　　　In light of Plaintiff's First Amended Complaint (Dkt. #13),

　　　IT IS ORDERED that Defendants Clark County Department of Juvenile Justice and Patrick Schreiber's Motion to Dismiss (Dkt. #11), which was directed at the original complaint, is DENIED as moot.

　　　DATED this 10th day of February, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE