TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
Nevada Bar No. 3984
3590 Barrymore Dr.
Reno, NV 89509
(775) 337-0323
keysercooper@lawyer.com
*Attorney for Kisha Norman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KISHA L. NORMAN | Case No. 2:14-CV-1622 |
| Plaintiffs, | **STIPULATION EXTENDING TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| COUNTY OF CLARK, a political subdivision, and municipality including its department of CLARK COUNTY DEPARTMENT OF JUVENILE JUSTICE SERVICES | |
| | **(First Request)** |
| Defendants. | **ORDER** |

Plaintiff Kisha Norman and Defendant County of Clark, by and through their respective undersigned counsel, hereby stipulate and jointly move the Court to extend the deadline for Plaintiff to oppose Defendant's Motion for Summary Judgment.

Good cause exists for the extension, including that Plaintiff needs more time to evaluate the motion and to read the more than 500 pages of exhibits attached to the motion. Further, Plaintiff's counsel has numerous obligations in other cases, including three solid days of depositions and numerous appointments that would require difficulty to reschedule. The parties have propounded numerous sets of interrogatories, requests for production, and taken nearly ten depositions. Defendant's Motion for Summary Judgment is a dispositive one and great care must be given to its opposition. The parties have

1

agreed, and respectfully request the Court approve, to extend the deadline for Plaintiff to file her opposition to Defendant's Motion for Summary Judgment from May 25, 2016 to June 10, 2016.

This is the first request for extension of time in this matter.

IT IS SO STIPULATED.

Dated this 6th day of May, 2016.

| LAW OFFICE OF TERRI KEYSER-COOPER | OLSON, CANNON, GORMLEY ANGULO & STOBERSKI |
|---|---|
| By  /s/ Terri Keyser-Cooper<br>TERRI KEYSER-COOPER<br>3590 Barrymore Dr.<br>Reno, NV 89512<br>Attorney for Plaintiff | By  /s/ Peter M. Angulo<br>PETER M. ANGULO<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>Attorneys for Defendant |

## ORDER

**IT IS HEREBY ORDERED:**

The deadline for Plaintiff to file her Opposition to Defendant's Motion for Summary Judgment is extended from May 25, 2016 to June 10, 2016.

DATED this 6th day of May, 2016

_____
UNITED STATES DISTRICT JUDGE

2